OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 24, 2005

Clerk of the Court
U.S. District Court for the
District of Maryland
Northern Division
Suite 4415
101 West Lombard Street
Baltimore, Maryland 21201

Re: *Delaware* Case No. CA 05-09 KAJ
    *J. Frank Baylis v. Frances W. Haskins*

Dear Sir/Madam:

    In accordance with the Order by the Honorable Kent A. Jordan dated February 17, 2005, I am transferring the above captioned case to the District of Maryland (Northern Division). Please find enclosed the original docket items: 1 - 25 (inclusive) and a certified copy of the docket sheet.

    Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: *Bob Cruikshank*
    Deputy Clerk

PTD:rc
encl.
cc: The Honorable Kent A. Jordan
    Ian Connor Bifferato, Esq.
    Frances Haskins